UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAKEEM ABDUL RASHEED,

    Petitioner,                                                Case No. 05-60255

v.                                                     Honorable John Corbett O'Meara

ROCK FINANCIAL CORPORATION,

    Respondent.
_____/

## ORDER OF DISMISSAL

This matter came before the court on Rock Financial Corporation's November 23, 2005 motion to dismiss. Hakeem Abdul Rasheed filed a response December 2, 2005; and Rock Financial filed a reply December 7, 2004. No oral argument was heard. LR 7.1(e)(2)(E.D. Mich. Sept. 8, 1998).

"[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." Apple v. Glenn, 183 F.3d 477, 479 (6th Cir. 1999). In this case the petitions filed by Rasheed fail to invoke the court's subject matter jurisdiction, and the underlying claim is incomprehensible. They fail to contain "a short and plain statement of the claim showing that the pleader is entitled to relief" or to state a claim on which relief may be granted. Rule 8(a)(2).

## ORDER

It is hereby **ORDERED** that Rock Financial's November 23, 2005 motion to dismiss is **GRANTED.**


      s/John Corbett O'Meara
      John Corbett O'Meara
      United States District Judge


Dated:  December 22, 2005